AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ABANOOB ABDEL-MALAK,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:20-cv-128

UNITED STATES MARSHALL, FEDERAL BUREAU OF INVESTIGAIONS, JOHN DOE, and JANE DOE,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered the 15th day of March 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as the Order of the Court. The Court dismisses Plaintiff's Complaint, and this case stands closed.

Approved by: _____

March 26, 2021
*Date*

John E. Triplett, Acting Clerk
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020